# EXHIBIT A

# Paradigm

Paradigm
6710 Professional Pkwy W, Suite 301
Sarasota, FL 34240

Office (855) 544-7246
Fax (941) 313-3405
www.paradigmcorp.com

Re: Business Development/ Network Enrollment

March, 2019

Dear Sir and/or Madam,

Paradigm Specialty Networks is proud to announce the merger of ADVA-NET and Encompass Specialty Networks. We would like to **invite you to enroll in the orthopedics, spine and pain management segment of the Paradigm network**.

Paradigm Specialty Networks, formerly ADVA-NET and Encompass, has agreements involving the management and coordination of **orthopedics & spine, comprehensive pain management, addiction recovery** and **post-acute care** patients with national and regional workers' compensation carriers and companies across the country. As such, Paradigm is a preferred provider network coordinating patient care for organizations such as **Sedgwick, GENEX, Broadspire, Gallagher Basset, AIG** and other TPAs, Workers' Comp Insurance Carriers and Self-Insured Employers.

Our network enjoys a national presence and is comprised of a multidisciplinary range of providers including physical medicine and rehabilitation/physiatrists, orthopedic surgeons and specialists, doctors of osteopathic medicine, anesthesiologists, neurology specialists, sports medicine specialists, chiropractors, physical/occupational therapists, etc. These professionals work out of a variety of service locations which consist of a mix of private practices/offices, clinics, **ambulatory surgical centers**, as well as hospitals.

A few of the more salient points to be aware when joining our network:

- There is **no fee** for joining the network **nor** are there fees for referrals.
- One of our objectives is to **streamline the process** as much as possible so as to reach a "treat and bill" scenario for our providers. Our Care Coordination Dept. works to make each referral as seamless as possible.
- As **guarantors of payment**, we are responsible for paying you in a timely and pre-established fashion. There are no extended wait times for payment and the reimbursement rates are attractive. You bill us, we pay you. End of story.

If you believe that your practice may benefit from participating in our specialty networks, please do not hesitate to contact us with any questions, comments or concerns. **Office (855) 544-7246 (option 4 followed by option 2) or email us at provider@adva-net.com** . You may also visit us online and provide your information about your practice at adva-net.com, form located under the "Providers" heading.

Best regards,

**Neil K Kalia, D.C.**
VP, Provider Relations & Contracting
Specialty Networks
Paradigm (formerly Adva-Net & Encompass)
Office (855) 544-7246 (option 4 followed by option 2)
Fax (941) 549-8103
provider@adva-net.com