UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED INTERVENTIONAL PAIN & DIAGNOSTICS OF WESTERN ARKANSAS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>PARADIGM MANAGEMENT SERVICES, LLC,<br><br>    Defendant. | Case No.  19-cv-08337-VC<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Re: Dkt. No. 14 |

The motion to dismiss is denied. A reasonable inference to be drawn from the allegations in the complaint is that Paradigm receives an economic benefit when providers join its network, which means it is reasonable to infer that the fax was advertising the commercial availability and quality of Paradigm's services. Paradigm's answer is due by July 15, 2020. A case management conference is scheduled for July 15 at 10:00 a.m., with a joint case management statement due on July 8. The case management conference will take place by Zoom.

**IT IS SO ORDERED.**

Dated: July 1, 2020

VINCE CHHABRIA
United States District Judge