| | |
|---|---|
| **CARNEY BATES & PULLIAM, PLLC**<br>Hank Bates (SBN 167688)<br>hbates@cbplaw.com<br>Randall K. Pulliam (pro hac vice)<br>rpulliam@cbplaw.com<br>519 West 7th St.<br>Little Rock, AR 72201<br>Telephone: 501.312.8500<br>Facsimile: 501.312.8505 | **K&L GATES, LLP**<br>Abram I. Moore (pro hac vice)<br>abe.moore@klgates.com<br>Molly K. McGinley<br>molly.mcginley@klgates.com<br>70 W. Madison St., Suite 3100<br>Chicago, IL 60602<br>Telephone: 312.372.1121<br>Facsimile: 312.827.8000 |
| **CONN LAW, PC**<br>Elliot Conn (SBN 279920)<br>elliot@connlawpc.com<br>354 Pine St., 5th Floor<br>San Francisco, CA 94104<br>Telephone: 415.417.2780<br>Facsimile: 415.358.4941 | **K&L Gates LLP**<br>Jeremy M. McLaughlin (SBN 258644)<br>jeremy.mclaughlin@klgates.com<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220 |
| *Attorneys for Plaintiff individually and on behalf of all others similarly situated* | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED INTERVENTIONAL PAIN & DIAGNOSTICS OF WESTERN ARKANSAS, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PARADIGM MANAGEMENT SERVICES, LLC, ADVA HOLDINGS, LLC, ENCOMPASS SPECIALTY NETWORK, LLC,<br>Defendants. | Case No.: 3:19-cv-08337-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE TO THE MIDDLE DISTRICT OF FLORIDA**<br><br>Judge:  Honorable Vice Chhabria<br>Dept.:   4<br><br>Amended Complaint Filed: 08/07/20 |

## STIPULATION TO TRANSFER

Now come the above-referenced parties, by and through their respective counsel, pursuant to 28 U.S.C. § 1404(a), and for the convenience of the parties hereby request and stipulate to the transfer of this case to the United States District Court for the Middle District of Florida, Tampa Division, where all parties consent to jurisdiction.  Plaintiff filed this action on December 20, 2019 against Defendant Paradigm Management Services, LLC. On August 8, 2020, Plaintiff filed its Amended Class Action Complaint which added Adva Holdings, LLC and Encompass Specialty Network, LLC as defendants. On August 28, 2020, Defendants Adva

-1-

Holdings, LLC and Encompass Specialty Network, LLC filed a Motion to Dismiss arguing that this Court lacks personal jurisdiction over each of them as they are each headquartered in the State of Florida.   On November 9, 2020, the Parties participated in a mediation before Hon. Edward A. Infante (Ret.) of JAMS.  In connection with that mediation the Parties are continuing to discuss and document the terms of a settlement, but the Parties have agreed that jurisdiction is proper in the Middle District of Florida, and the case should promptly be transferred to the U.S. District Court for the Middle District of Florida.

     Accordingly, the Parties hereby stipulate that, under 28 U.S.C. § 1404(a), the Middle District of Florida, Tampa Division, is the appropriate venue for this action, and that this action should be transferred to that venue for the convenience of parties and witnesses and in the interests of justice.

DATED: November 13, 2020            Stipulated and Respectfully Submitted,

| **CARNEY BATES & PULLIAM, PLLC** | **K&L GATES, LLP** |
|---|---|
| Randall K. Pulliam | Abram Moore |
| rpulliam@cbplaw.com | abe.moore@klgates.com |
| Hank Bates | Molly K. McGinley |
| hbates@cbplaw.com | molly.mcginley@klgates.com |
| 519 W. 7th Street | Jeremy M. McLaughlin |
| Little Rock, AR 72201 | jeremy.mclaughlin@klgates.com |
| Telephone: (501) 312-8500 | |
| | By:  /s/ Molly K. McGinley |
| By:  /s/ Randall K. Pulliam | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

**[PROPOSED] ORDER APPROVING STIPULATION TO TRANSFER CASE TO THE MIDDLE DISTRICT OF FLORIDA**

**ORDER**

AND NOW, this _____ day of _____, 2020, upon review of the parties' Stipulation to Transfer, the Stipulation is hereby approved and the Court hereby directs the Clerk's Office to transfer the matter to the United States District Court for the Middle District of Florida, Tampa Division.

IT IS SO ORDERED.

                                        HON. VINCE CHHABRIA
                                        UNITED STATES DISTRICT COURT JUDGE